# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**KATHLEEN VARRECCHIO**                              **CIVIL ACTION**

**VERSUS**                                          **NO: 18-8915**

**FRIENDS ALLIANCE HOUSING**
**II, INC. ET AL.**                                 **SECTION "H"**

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order
(Doc. 3). In order for this Court to issue a temporary restraining order "without
written or oral notice to the adverse party or its attorney," Plaintiff's attorney
must certify "in writing any efforts made to give notice and the reasons why it
should not be required." Federal Rule of Civil Procedure 65(b)(1)(B). Plaintiff's
attorney has failed to do so.

Accordingly;

**IT IS ORDERED** that Plaintiff's counsel shall remedy the
aforementioned deficiency or show that Defendants or their counsel have
received notice of this matter by September 27, 2018 at 8:30a.m.

New Orleans, Louisiana this 26th day of September, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**