# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN VARRECCHIO** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-8915** |
| **FRIENDS ALLIANCE HOUSING II, INC. ET AL.** | **SECTION "H"** |

## TEMPORARY RESTRAINING ORDER

Considering the complaint, the affidavit of counsel, and Plaintiffs' motion for a temporary restraining order (Doc. 1), the Court is satisfied that immediate and irreparable harm, injury, loss, and/or damage will result to Plaintiff before the adverse parties or their attorneys can be heard in opposition and before a hearing can be held to determine whether a preliminary injunction should issue, and that issuance of this temporary restraining order is necessary to maintain the status quo pending a hearing on the motion for preliminary injunction.

Therefore, the Court finds and orders as follows.

1. Plaintiff has established a reasonable and substantial likelihood of success on the merits of her claims for violation of the Fair Housing Act;

2. Plaintiff will suffer irreparable injury if Defendants evict her from her home, including emotional and mental damages and a five-year ban from HUD Assisted Housing.

3. Greater injury will be inflicted upon Plaintiff by the denial of temporary injunctive relief than would be inflicted upon the Defendants by the granting of such relief; and

4. The public interest is supported by enjoining Defendants, as detailed below, until a preliminary injunction hearing can be held in this matter.

**THEREFORE, IT IS ORDERED** that this temporary restraining order shall be issued immediately and that Plaintiffs shall immediately give notice to Defendants.

**IT IS FURTHER ORDERED** that Defendants, the Friends Alliance Housing II, Inc. and their employee/Executive Director Lisa Romback, and their on-site housing Manager Susan Cart, as well as any persons acting in concert or participation with Defendants are restrained and enjoined from:

 (a) commencing any proceeding related to Plaintiff's tenancy, including any proceeding seeking the relief of eviction;

(b) enforcing or attempting to enforce any lease provision or any of their policies, practices, rules, or regulations that do not permit Kathleen Varrecchio to maintain possession and occupancy of her leased residence at 1608 Carol Sue Avenue, Apartment #3, Jefferson Parish, Louisiana, 70056,

(c) harassing, coercing, intimidating, threatening, or interfering with Kathleen Varrecchio in the exercise of her rights under the Fair Housing Act, 42 U.S.C. § 3601 et seq.; and

(d) contacting Kathleen Varrecchio directly, rather than her attorney of record, regarding any matter related to her tenancy or this Action.

**IT IS FURTHER ORDERED** that a status conference is **SET** for October 4, 2018 at 2:00p.m. in the chambers of the undersigned in order to select a date for hearing on Plaintiffs' Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that this temporary restraining order will expire in 14 days of this Order, unless extended by Order of this Court for good cause shown.

New Orleans, Louisiana this 27th day of September, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**