UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KATHLEEN VARRECCHIO                          CIVIL NO.  **18-8915**

                                             JUDGE:    JTM

**VERSUS**
                                             MAGIST:   DEK

FRIENDS ALLIANCE HOUSING II, INC.,
LISA ROMBACK, and SUSAN CART

### PETITIONER KATHLEEN VARRECCHIO's EX PARTE' MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

NOW COMES plaintiff/petitioner KATHLEEN VARRECCHIO, through undersigned counsel, who respectfully files here her Ex Parte' Motion to Dismiss All Claims With Prejudice in this matter, in it's entirety and against all defendants, with prejudice, and with each party to bear it's own costs.  Counsel for all defendants is aware of this motion and does not oppose the Court immediately granting same.  Given this matter sought dismissed Ex Parte, plaintiff will forego the filing of a memorandum or Notice of Hearing in this matter.

Respectfully Submitted,

*Dominic N. Varrecchio*

_____
Dominic N. Varrecchio,
La. Bar No. 19456
Attorney for Petitioners
300 Lafayette Street, #103
New Orleans,  LA  70130
Tel:  (504) 524-8600
Fax: (504) 566-4189

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all parties and/or their counsel by the LAED-CM-ECF electronic filing system for the United States District Court, and/or via facsimile and/or hand delivery and/or by placing same in the U.S. Mail postage pre-paid and properly addressed this 28th day of February, 2019.

*Dominic N. Varrecchio*

_____
   DOMIINIC N. VARRECCHIO

2