UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KATHLEEN VARRECCHIO        CIVIL NO. **18-8915**

       JUDGE:    JTM

**VERSUS**

       MAGIST:    DEK

FRIENDS ALLIANCE HOUSING II, INC.,
LISA ROMBACK, and SUSAN CART

### ORDER

CONSIDERING THE FOREGOING,

Petitioner KATHLEEN VARRECCHIO's Ex Parte' Motion to Dismiss All Claims

With Prejudice in this matter, in it's entirety and against all defendants, is GRANTED.

New Orleans, Louisiana , this 28th day of February, 2019

_____
JUDGE